BENTON, J.,
concurring in part and dissenting in part.
I concur in affirming the trial court’s-finding that I.L. and A.B. were abused and the adjudication of dependency as to those two children, but respectfully dissent from any finding that the other children were dependent.
The trial cohrt’s finding'that the other five' children are at substantial risk of imminent abuse, abandonment, or neglect is, in my view, not supported by the evidence. See § 39.01(15)(f), Fla. Stat. (2014). The last verified report of physical abuse involving the .mother (before the present case) antedated the physical altercation with I.L. and A.B. by -ten years.
Accordingly, I would affirm the adjudication of dependency as to I.L. and A.B., but reverse the finding of dependency as to C.D., H.L., B.B., A.L., and N.S.